USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL EINHORN,

                              Plaintiff,

      -against-

RENAISSANCE ECONOMIC DEVELOPMENT
CORPORATION,

                              Defendant.
------------------------------------------------------------------X

22-CV-8436 (KHP)

**INITIAL CASE MANAGEMENT CONFERENCE CONVERSION ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Initial Case Management Conference in this matter scheduled for **Tuesday, February 2, 2023, at 12:00 p.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:     New York, New York
               February 1, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge