Case 1:22-cv-08436-KHP   Document 54   Filed 07/27/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL EINHORN,

                            Plaintiff,

            -against-                                    **22-CV-8436 (KHP)**

RENAISSANCE ECONOMIC DEVELOPMENT
CORPORATION and CREDIT BUILDERS ALLIANCE INC.        **ORDER**
                            Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the July 26, 2023 Case Management Conference:

On November 14, 2022, Plaintiff Michael Einhorn and Defendant Renaissance Economic Development Corporation filed a notice of consent to the undersigned's jurisdiction over this matter. Since that date, Credit Builders Alliance has been added as a defendant. The parties are directed to discuss whether they <u>all</u> agree to proceed before the undersigned Magistrate Judge pursuant to 28 U.S.C. Section 636(c). In the event all parties consent, by **Friday, September 8, 2023**, they shall file another consent form representing that all parties consent. The consent form is available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. In the event all parties do not consent, the parties shall file a joint letter representing that all parties do not consent to proceed before the undersigned. The letter shall not state which parties have withheld consent. There are no adverse consequences for withholding consent.

The parties shall file a joint status letter on **Friday, September 8, 2023** updating the Court on the status of discovery, and stating whether the parties would like to hold a settlement conference. If the parties would like to hold a settlement conference, the letter

should state whether the parties would like to hold the conference before a Magistrate Judge (either the undersigned, or, if the parties consent to my jurisdiction, another Magistrate Judge) or if they prefer referral to the Court-annexed mediation program.

**SO ORDERED.**

DATED:   New York, New York
         July 27, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge