USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL EINHORN,

                Plaintiff,

       -against-                             **22-CV-8436 (KHP)**

RENAISSANCE ECONOMIC DEVELOPMENT
CORPORATION and                                         <u>**ORDER**</u>
CREDIT BUILDERS ALLIANCE INC.

                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Court is in receipt of Defendant Renaissance Economic Development Corporation's ("REDC") opposed motion for an extension of the discovery deadlines (ECF Nos. 65, 68), as well as Plaintiff's motion to compel REDC to produce information responsive to outstanding discovery requests (ECF No. 66), and Plaintiff's motion seeking the Court to so-order a subpoena *duces tecum* compelling non-party Portfol to produce certain discovery (ECF No. 67).

        The Court will discuss the above motions with the parties at the upcoming Case Management Conference that is already scheduled on Thursday, December 7, 2023 at 2:30 p.m. in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY.  **Counsel for Portfol is invited (but not required) to attend the conference.**

        Plaintiff and REDC are directed to meet and confer by **Tuesday, December 5, 2023** in an effort to narrow the existing disputes between them.  Counsel are reminded of their obligations under Rules 34 and 26(g) of the Federal Rules of Civil Procedure.  By **Wednesday, December 6, 2023 at 12:00 p.m.,** counsel for Defendant REDC shall file a short letter responding to Plaintiff's motion to compel.  REDC's letter shall represent the extent to which the parties were able to

narrow the existing disputes through the meet and confer process, and shall provide REDC's succinct responses to Plaintiff's arguments as to any outstanding disputes.

**Counsel for Plaintiffs are directed to immediately serve a copy of this Order on Portfol.**

**SO ORDERED.**

DATED:  New York, New York
        December 1, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge