# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE
NEW YORK, NY 10036
TEL: +1.347.433.6139
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2023
```

December 8, 2023

**VIA ECF**
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  Request to Seal and Redact
Einhorn v. Renaissance Economic Development Corporation et al.
Case No. 1:22-cv-08436-KHP

Dear Judge Parker,

I represent the Plaintiff in the above-stated action. On account of sensitive information discussed at the last conference pertaining to medical history, the Plaintiff respectfully asks the Court to seal the transcript. The Plaintiff also asks the Court to reissue the prior order with last sentence of the first paragraph redacted or partially redacted. (*See* Order dated December 7, 2023, ECF Doc. # 74.)

Defendant Renaissance Economic Development Corporation consents to the requested sealing.

Respectfully submitted,

/s/ Hashim Rahman   .

---

**Application granted in part and denied in part.**

The Court will not permit sealing of the entire transcript, but will permit redaction of the sensitive information from the transcript. When the transcript becomes available, a notice will appear on the docket indicating that the transcript is available. At that time, Plaintiff shall file a Notice of Intent to Request Redaction of the transcript, and separately shall communicate directly with the transcriber to have the relevant sensitive information redacted.

Plaintiff's request that the Court redact its own Order is denied because no sensitive information about Plaintiff is included in that Order. Rather, the Order speaks in general terms about a category of discovery that is not permitted, and does not discuss whether and to what extent documents within that category exist. Accordingly, sealing is not warranted in accordance with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006) and its progeny.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE    12/11/2023