# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.347.433.6139
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

**MEMO ENDORSED**

February 7, 2024

VIA ECF
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2024

Re:  Motion to Adjourn Conference
Einhorn v. Renaissance Economic Development Corporation et al.
Case No. 1:22-cv-08436-KHP

Dear Judge Parker,

I represent the Plaintiff in the above-stated action. I am writing to request an adjournment of the conference scheduled for February 12, 2024. I have a scheduling conflict on this date for another matter in which I need to take a deposition. No prior adjournment requests of this conference have been made, and the Defendant's counsel has consented to this request.

Should the Court grant this request, counsel are available on February 26, 2024, from 3:00 PM forward, and on March 1, 2024, from 9:00 AM to 1:00 PM.

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for Monday, February 12, 2024 at 10:00 a.m. in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY is hereby rescheduled to **Monday, February 26, 2024 at 3:15 p.m.**

APPLICATION GRANTED

/s/ Katharine H. Parker

Hon. Katharine H. Parker, U.S.M.J.

02/07/2024

Respectfully submitted,

/s/ Hashim Rahman   .
hrahman@rahmanlegal.com

*Attorney for the Plaintiff*