```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHAEL EINHORN,

                Plaintiff,

      -against-                                           22-CV-8436 (KHP)

RENAISSANCE ECONOMIC DEVELOPMENT
CORPORATION and                                     <u>ORDER</u>
CREDIT BUILDERS ALLIANCE INC.

               Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This Court has been advised that the parties have reached a settlement in this matter. Accordingly, the Case Management Conference previously scheduled for **Monday, February 26, 2024 at 3:15 p.m.** is hereby adjourned *sine die*.

      It is further ordered that this action will be dismissed without costs (including attorneys' fees) to either party on **Friday, March 8, 2024,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. **To be clear, any request that the action not be dismissed must be filed on or before Friday, March 8, 2024; any request filed thereafter may be denied solely on that basis.**

      **SO ORDERED.**

DATED:     New York, New York
               February 7, 2024

                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge