UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Einhorn,<br><br>                      Plaintiff,<br><br>-against-<br><br>Renaissance Economic Development Corporation and Credit Builders Alliance, Inc.,<br><br>                      Defendants. | Case No. 1:22-cv-08436-KHP<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED**, by and between the undersigned parties, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action is dismissed with prejudice as to all claims in this action.

Dated: March 8, 2024

| FOR PLAINTIFF MICHAEL EINHORN | FOR DEFENDANT RENAISSANCE ECONOMIC DEVELOPMENT CORPORATION |
|---|---|
| By: *[signature]*<br>Hashim Rahman, Esq.<br>Rahman Legal<br>43 West 43rd Street, Suite 204<br>New York, NY 10036<br>Tel.: 212-301-7641<br>hrahman@rahmanlegal.com<br>*Attorneys for Plaintiff*<br>*Michael Einhorn* | By: *Martin R. West*<br>Martin R. West, Esq.<br>Kennedys Law<br>570 Lexington Avenue, 8th Floor<br>New York, NY 10022<br>Tel.: 646-625-3995<br>martin.west@kennedyslaw.com<br>*Attorneys for Defendant Renaissance*<br>*Economic Development Corporation* |